**STATE of Missouri, Respondent,**

v.

**Eddie RANDOLPH, Appellant.**

**Nos. WD 51651, WD 53280.**

Missouri Court of Appeals,
Western District.

July 15, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 1997.

Application to Transfer Denied
Oct. 21, 1997.

Jeannie Arterburn Willibey, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Eddie Randolph appeals the judgment of convictions for second degree murder, § 565.021.1(1), and armed criminal action, § 571.015, and the denial of his Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b); 84.16(b).